**FILED**

12/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0433

_____

IN RE THE PARENTING OF;

A.M.O.,

  Minor Child.

AVANLEE CHRISTINA OKRAGLY,

      Petitioner and Appellee,

  and

SEBASTIAN ALEXANDER KEITEL,

      Respondent and Appellant.

O R D E R

_____

Counsel for Appellee Avanlee Christina Okragly has filed a motion for extension of time to file the response brief in the captioned matter.

In anticipation of some scheduling conflicts, Intervenor Frederick J. Keitel has filed a motion for extension to file his reply brief.

IT IS HEREBY ORDERED that the Appellee has until January 17, 2024, to file the response brief.

IT IS FURTHER ORDERED that the reply brief shall be due 45 days after the response brief is filed. No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2023